IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aric Londrie, | CV 11-358-PHX-JAT |
| Plaintiff, | |
| v. | **ORDER DISMISSING WITH PREJUDICE** |
| Software Professional Solutions, Inc. | |
| Defendant. | |

Upon stipulation of the parties (Doc. 20) and good cause appearing,

IT IS ORDERED dismissing this case with prejudice, with each side to bear its own attorneys' fees and costs of suit.

Dated this 10th day of April, 2012.

James A. Teilborg
United States District Judge

1